# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NEXTGEN INNOVATIONS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>II-VI, INC. and FINISAR CORPORATION,<br><br>                    Defendants. | Case No. 4:20-cv-00854-SDJ<br><br>Judge Sean D. Jordan |

## PROPOSED DEADLINES

| DATE | EVENT |
|---|---|
| May 7, 2021 | Preliminary Disclosure of Asserted Claims (superset of P.R. 3-1 Asserted Claims) |
| May 19, 2021 | Rule 16 Management Conference |
| To be discussed at mgmt. conf. | Mediation. |
| May 26, 2021 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| July 12, 2021 | Join additional parties.<br><br>P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To the extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| July 26, 2021 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |

| DATE | EVENT |
|---|---|
| **July 26, 2021** | Privilege logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| **August 11, 2021** | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same. (P.R. 4-2). |
| **August 18, 2021** | Parties' Final Amended Pleadings. (A motion for leave is required.) |
| **August 23, 2021** | Joint Claim Construction and Prehearing Statement to be filed. (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| **September 8, 2021** | Respond to Amended Pleadings. |
| **September 21, 2021** | Completion date for discovery on claim construction. (P.R. 4-4). |
| **October 6, 2021** | Opening claim construction brief. (P.R. 4-5(a)). |
| **October 20, 2021** | Responsive claim construction brief. (P.R. 4-5(b)). |
| **October 27, 2021** | Reply claim construction brief. (P.R. 4-5(c)). |
| **October 12, 2021** | Submit technology synopsis/tutorial (both hard copy and disk). |
| **November 1, 2021** | Parties to file joint claim construction and chart. (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| **November 9, 2021, at 1:00 p.m.** | Proposed Claim Construction at the United States Courthouse, 7940 Preston Road, Plano, TX 75024. |
| **December 14, 2021** | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this Court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information |

| **DATE** | **EVENT** |
|---|---|
|  | which may be relevant to a claim or defense of any party at trial. |
| **December 21, 2021** | Parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| **January 11, 2022** | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). Comply with P.R. 3-7 (Designation of Willfulness Opinions). |
| **February 1, 2022** | Mediation deadline. |
| **February 8, 2022** | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B). |
| **February 25, 2022** | Discovery deadline. All discovery must be served in time to be completed by this deadline. |
| **March 8, 2022** | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7. |
| **May 24, 2022** | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order, *see* www.txed.uscourts.gov, and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| **May 31, 2022** | Motions in limine due. File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the Court. At this date, all that is required to be submitted to the Court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |

309569717.2

| **DATE** | **EVENT** |
|---|---|
| **May 31, 2022** | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| **June 14, 2022** | Response to motions in limine due. |
| | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses.) If numerous objections are filed, the Court may set a hearing prior to docket call. |
| | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| **June 28, 2022** | Final Pretrial Conference at 1:30 p.m. at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. |
| **To be determined** | 10:00 a.m. Jury Selection and Trial at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. |